

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2022

No. 04-20-00361-CV

Rogelio **DE HOYOS,** Dianaly De Hoyos, San Juanita Garcia, RDH Cattle Co., RDH Site
Concrete Company and all other Occupants,
Appellants

v.

Jose Luis **CRUZ**, Individually and as the Independent Administrator of the Estate of Enedina
Cruz,
Appellee

From the County Court, Brooks County, Texas
Trial Court No. 20-01217-CV
The Honorable Eric Ramos, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Appellants' motion for rehearing is DENIED.

It is so **ORDERED** on this 15th day of February, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court